PC SCAN

RECEIVED

LM

3/31/2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JUDGE DURKIN
MAGISTRATE JUDGE FUENTES

DIRECT
PC2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Devon Chew R27399

_____

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

**1:23-CV-02066**

vs.

Illinois Department of Corrections
Members; "Jane and/or John" Doe's Rob Jeffreys
Administrative Review Board Members;
Debbie Knauer; Chair Woman, Rob Jeffreys Director.
Governor, J.B. Pritzker, Warden; Sherwin Miles.
"Asst. Warden (N.R.C)" "Jane" Barnes.
Lt. James Porter (5886)

_____

_____

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case No: _____

(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

✓_____ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION** 1983
U.S. Code (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

A. Name: DEVON CHEW

B. List all aliases: CHARLES CHEW

C. Prisoner identification number: R27399

D. Place of present confinement: DANVILLE C.C.

E. Address: 3820 E. MAIN St. DANVILLE, IL 61834

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Illinois Department of Corrections ("Jane" and/or "John" Doe's)

Title: Board Members

Place of Employment: Springfield Office Ill

B. Defendant: J.B. Pritzker

Title: Governor of Illinois

Place of Employment: Springfield, IL Office

C. Defendant: Rob Jeffreys

Title: Director I.D.O.C

Place of Employment: Springfield Ill Office

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

wt(s) D; Defendant: Debbie Knauer
Title: Administrative Review Board Chair Woman
Place of Employment: Springfield IL Office

E; Defendant: Sherwin Miles
Title: Warden - Stateville C.C.
Place of Employment: N/A. No longer the Warden at Stateville

F; Defendant: "Jane" Barnes
Title: Asst. Warden at Stateville (N.R.C)
Place of Employment: N/A No longer the Warden at Stateville

G; Defendant: James Porter
Title: Lt at Stateville (N.R.C) No: 5886
Place of Employment: Stateville C.C (N.R.C)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _Chew V Boler  1:09 CV05921_

B. Approximate date of filing lawsuit: _05 - 10 - 19_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

D. List all defendants: _M. Boler, A. Thompson_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Northern District_

F. Name of judge to whom case was assigned: _____

G. Basic claim made: _Excessive Force_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Pending_

I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

⑦

Now here comes the original claim of violations of the 8th Amendments and Deliberate Indifference: On 9-18-19 I was sent-back-to Stateville, N.R.C For a court writ. I was in segregation status for a previous violation of my civil rights, that I had then filed suit for. (Case # 19 C 5921) When I arrived at N.R.C I was immediately separated from the other inmates and took to a holding cell. I was in this cell for approx 2hr. when I discovered that I could not drink the water out the sink, because there was mold all over the drinking surface area. Being green, white, and orange in color. It was obviously not drinkable water to any reasonable person. Due to my previous history at Stateville, N.R.C -preferably N.R.C -and the -documented -fact that I feared for my safety — I wanted to try to keep a "low profile" while I was there.) I wanted to give a -realistic -time to the officers to get me to my living unit and cell. However, after approx 2½ hours I was still in the holding cell, and I then became very thirsty. My mouth was very dry. (Let the record show, I was on a "court writ," having me on the road for approx 2½ hours without any thing to drink. So with the time in the holding cell, I was at approx at 5 hours without nothing to drink. The officers -at N.R.C -was very aware of this, because this is all apart of the procedural process of coming in for a court writ. Except for the none drinkable water) I then began to yell and kick on the door, to get the officers attention. Eventually a Lt. came, a Lt. Porter. (Let the record show, Lt. Porter was very familiar with me, Lt. Porter knew exactly whom I was. Lt. Porter was involved with the excessive force case: 19 C 5921 I also put Lt. Porter in that Civil. to that claim, he was later dismissed. To say the least, Lt. Porter knew me well) After a back and forwards with -only- Lt. Porter about me needing to drink some kind of liquid. I was then moved to another cell a few doors down. Yet, this cell still had "some" molding on the drinking area of the sink, but less then the first cell. Still Not Drinkable! When I ~~offered~~ informed Lt. Porter of this -as the door to the cell was closing- Lt. Porter smiled and said: "I don't know what to tell you, you'll be alright. You about to eat in a little bit, then go to your cell unit." Approx 20 min. I was brought food with a milk by Lt. Porter himself. However, did not eat none of the food, being fearful because it had been handle by Lt. Porter, and I definitely didn't/couldn't

②

difference in dealing with me. So I sat there in that cell for-another-approx
hours, without drinking water. This was at a grand total of approx 8 hours. (Let the
record of the cameras show, Upon entering N.R.C the cameras will corroborate a
my time frames, and that Lt. Porter dealt with me himself exclusively) This cou
all been-easily-avoided; These cells should've been documented as not suitab
for no period of time, due to heavy molding and/or not drinkable water. Yet, State
N.R.C officials, I.D.O.C and then A.R.B knowly turned a blind eye to the proble
(Especially with me being placed at N.R.C again) Showing Deliberate
Indifference, violating my 8th Amendments, showing negligence in every sense of
those terms. I was-knowly-put in harms way.

   At approx 9:30 pm. I was then taken to my living unit. (B-wing cell 302)
And just when I thought the problems was over- and I could get some rest from bei
tired and on the road since approx 5am - they were long from over. As I was asleep,
at approx 11:15 pm, after the 11 to 7 shift completed their count check. The C/o began
collect the food trays - that is styrofoam - and/or trash, that had been accumulated
during the shifts before. (Let the record of the camera show, That each shift did collect tra
and trash-most times-and even if the 11 to 7 shift did'nt know for sure, they looked forwa
to there being trays/trash leftover. For them to throw the trays/trash on the floor of 2 and
gallery, for the practice that followed) The officer started collecting the trays/trash on th
1st gallery first, by throwing the trays/trash in the trashcan that the C/o dragged along wit
him. However, when the C/o collected the trays/trash on 2nd and 3rd gallery it was all thrown on
the floor - in front of the cells - the trashcan would be left on the 1st. floor. And even thou
I was asleep, this procedural was done while I was asleep, everyday - on the 3rd shift -
approx at the same time. (Let the record of the camera's show; That day, and everyday aft
the trays/trash was thrown on the floor - outside the cells - only on 2nd and 3rd gallery
Never on the 1st. gallery. (Giving the obvious realization that the C/o and/or C/o's did not
want the trays/trash and there effects - from their efforts - near them. Which 1st gall
is where the C/o's spent majority of their time)

   I was awoken from the opening and closing of the chuckholes, and the
yelling of the C/o collecting the trays/trash. The C/o was yelling "Food Is Tray For E

through the styrofoam trays definitely is what woke me up. (This whole process all hooked me to the point, that the next night I stayed up to watch to process of the C/o's and the mice - from the beginning) As I sat up on my bed, I could- totally- hear the mice biting through the styrofoam trays, I could also see her running back and forwards from under the door. I "exaggerated" the sound of noise - so I could get to the door- because I'm scared of all rodents. Once I got to the door, I could see the mice running wild through the trays/trash. The rodents was doing all of this as I stood there. I then started to shake the door, to get the mice to disperse. Yet, they came right back, as if they knew I couldn't get to them. And as if they knew that it was "feeding time". I could hear the C/o's on 1st gallary, talking to each other. I started yelling for the C/o, one of them finally answered. I told him the problem, he responded by saying; "leave them alone, they will leave you alone. They got to eat too. They live here, you just visiting". I could hear them laughing. I then ask him, was he serious. He then said; "what you want me to do. Go to sleep, and you won't see them". Seeing as though it was the C/o's that started the problem, I knew nothing would get done by talking with them. The problem went on throughout the night, the mice even came - all the way- in my cell, waking me up throughout the night going over my personal property. I got very little sleep. When I did wake up - the next morning approx 4 am, it was breakfast time. Yes, the C/o pass out the food through all the trash, and there was now mice feces all over the floor. (Let the record of the B-wing camera show; that breakfast is served - approx - 4:30 am to 5:30 am. Yes, the C/o served the food while the trash and feces was still on the floor of both 2 and 3 gallary. Again I knew/know this routine of the process because I had stayed up to watch the M.S.U workers collect the trash. Even then the area was not properly clean and sanitize - by a sanitary crew. Only the trash was picked up) The behavor by the C/o's that night - and the days/nights that followed - was Cruel and Unusual Punishment and Deliberate Indifference, that was learned and practice daily by the officers on B-wing in N.R.C

By the time I did get up - from very little sleep - it was the 7 to 3 shift

Punishment and Deliberate Indifference in that cell went on - everyday - for a whole week. Literally, the whole-exact-process. Until I was moved to the second gallary - out of nowhere - while I was at court; On 9-25-19. (B-wing-203. I was never told for the reason of the moved. Yet, let the record show, That during his time in N.R.C, N.R.C had a ventilation system problem, which made it extremely hot in the whole N.R.C especially on the 3rd gallaries. I had also wrote the Warden to be moved, - several times - but that don't make sense for the reason to be move. Because I informed the Warden that the problem was on 3 and 2 gallary. Let the record show, Exb: F, G) However, the same exact problems continued for me for another week. So this all went on for 14 days, until I left to go back to my parent facility; Lawrence C.C

    I then return - exactly - 14 days later 10-16-19, to go through the same problems. The same Cruel Unusual Punishment and Deliberate Indifference as before. And I do mean Everything, Literally! (Only the officials change, - for the most part - some was still there in their place. Such as, Lt. Porter. Because it was their assign post and/or their 5 day assignment. This was exactly 14 days after the last day I was at N.R.C) From start date 10-16-19, to finish date 10-23-19; I was - again - put in a cell with none drinkable water, because of mold. For approx 10 hours. I was without water for approx 8½ hours all together. I was then taken to B-wing - again - put on 3 gallary - again - B-wing, 311. Again dealing with the Rodents all night, because of the deliberate efforts to throw the trash on the floor. I was not given cleaning supplies. I was on 3 gallary for 3½ days, then moved to 1 gallary. Yet, I was not given cleaning supplies there either, for 5 days. Both of the incidents was one and the same, but at different time frames, but they both was within the guidelines of the grievance procedural of 60 days. Both incidents was a total of 37 days; I went through the violations - of my rights - a total of 24 days.

    Lastly; All that I went through at N.R.C - "that time" - for those 24 days could've definitely been avoided, long before it happen. Let the record show; I had before wrote I.D.O.C / A.R.B previous Griv., informing both with my concerns and fears of being place in the N.R.C part of Stateville. Literally! (Exb: H, I) Also, let the record show; After the First Griv.

⑤

both I.D.O.C (A.R.B Never bother to do either. Resulting in their Deliberate Indifference to my concerns about my safety, health, life.) However, with Deliberate Indifference - to my concerns, safety and health - I was place in N.R.C yet again. And At this point, these several different incidence could not and/or should not be taken as a accidental act(s). At very least, after the violent assault - on me - at N.R.C, something happening to me - again - at N.R.C, should've been taken as "intentionally expected". With my past at N.R.C, I.D.O.C and the A.R.B should've wanted to keep everyone - involved - safe and honest. I should not have been placed in N.R.C again, especially after the assault happen there. (Let the records of the case No: 19C5921 show, that while I was there, the A.R.B knew ~~actu~~ exactly who I was. And I.D.O.C and A.R.B knew of my fears and concerns of being placed in N.R.C. I.D.O.C and A.R.B both was aware of the risk that I was under while I was there. The Illionois Department of Corrections and Administrative Review Board both blatantly disregarded those risk, they both left the officials at N.R.C to deal with me however they saw fit. (This was after those ~~same~~ officials saw one of their own get fired about me) The Deliberate Indifference shows what I was purposely put through by being placed in N.R.C. It also shows the lack of ~~responsibilit~~ Responsibility that I.D.O.C, A.R.B and the higher officials took to assure my safety, health, and life while I was at N.R.C.

The validity of this claim corroborated by records of the camera's that is throughout N.R.C - where I was kept - exhibits, discover from the current civil case let these records show.

E.D.C

HERE COMES The Supplemental Brief
Thats apart of this claim

Supplemental Brief/Summary

This Supplemental Brief/Summary came in after the original claim incident date, however it was during the Exhausted Administrative Remedies period where it stated - Preventing me from moving forward. (The blatant negligence prevented me from moving forward - in a timely matter - before the deadline. Resulting in a Due Process violation and Deliberate Indifference) This Supplemental starts with the total disregard the Parties involved displayed against me, preventing me from getting the original claim out before it's deadline. The Illinois Department of Corrections and Administrative Review Board violated my 5th and/or 14th Amendments of Due Process and show Deliberate Indifference by not sending me back - some form of - a response to the Grievance - about the original claim - that I sent to them. (Grv. Dated: Nov. 14, 2019) (Giving the enormity of the original claim/Grv., it's obvious that I.D.O.C and A.R.B tried to neutralize my efforts with not responding to my Grv.) And by not responding, they had knowly prolong, then stopped my process/progress in moving forward with the claim - "At that time". (I went on to believe that I.D.O.C, A.R.B had never receive the Grv., due to some fault of Cook County mail system and/or my own) After some time, I sent three (3) follow up letters to I.D.O.C/A.R.B asking about some form of response to the Grv. I had sent them. Yet, I never got nothing in return. (I wrote I.D.O.C/A.R.B several times - within the first ten months - inquiring about the Grv. I sent and about receiving some form of response with the last letter down right demanding a response, so I could proceed forward. Still I got nothing. Exb: A & B) I then found out about their gross negligence - in getting the Grv. from me, but purposely not returning me no response - from me receiving a discovery in a ongoing civil case from the Illinois Attorney General office. The I.A.G sent me all my previous Grievances history, giving me documents - specifically - from I.D.O.C/A.R.B files pertaining to the Grv. in question. Now I knew I.D.O.C/A.R.B had receive the Grv., yet and still they never sent me no form of a response. (Let the record show, Case #: 19C5921 occurred at Stateville, N.R.C as well, and it originally had I.D.O.C/A.R.B members names in it, however they were later dropped) Inside the discovery I not only came across my original Grv. Also legal binding documents, proving that they - in fact - receive my Grv. (Exb: C, D, E. Let the record show) There was this photo copy picture of the mailing envelope that I sent the Grv. in. And everything was labeled as "Discharge", except the

Supplemental Brief / Summary

②

Because I was use to I.D.O.C/A.R.B sending me some form of a dated receipt, so that myself and themselves can prove that the Grv. was received. And later responsed to. (Let the record show, I.D.O.C/A.R.B not only did not send a response, but they didn't even respond to the Grv.)

    I.D.O.C/A.R.B had no intentions of sending me a response. Their negligence definitely hindered me from sending the claim to the court before it's deadline. (Let the record show, I had sent my first claim in on time) I.D.O.C/A.R.B clearly had—Absolutely—no intentions of sending me a response, them knowing I was "Discharge", was a good enough reason for them not to respond. Showing Deliberate Indifference, also a violation of my 5th and/or 14th Amendments of Due Process.

Delton Chase

E.D.SB

**V.      Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

FOR ALL (those inVolve to be investigated. For N.R.C (Stateville) to be
Clean top to bottom — By Health and Sanitation officials.
For Punitive and Compensatory DAMAges to the full (extant From the
Courts

**VI.**      The plaintiff demands that the case be tried by a jury.      ☒ YES      ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this      30      day of      03      , 20 23

_____
(Signature of plaintiff or plaintiffs)

DeVon Chew
(Print name)

R27399
(I.D. Number)

DANVille Correctional Center

3820 E. Main St.      DANVille, IL 61834
(Address)

Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IN THE

United States District Court
Northern District of Illinois

Chew                            )
                                )
                                )
                                )
VS                              )         Case Number _____
                                )
I.D.O.C, ARB, Et al             )
                                )
                                )

## NOTICE OF FILING

I, ___DeVon Chew_____, under penalty of perjury pursuant to 28
U.S.C.A. 1746 and 18 U.S.C.A 1621, I hereby state that I sent the following document(s): _1983 Complaint_

_____

on this date, _03_/_30_/_23_:
( ) by U. S. Postal Mail (Prepaid postage)
( √ ) by E-filing

Served upon:
( √ ) U.S. District Clerk Office of Jurisdiction
( √ ) Opposing counsel:_____N/A_____

_____

_____

_____

So stated,

/s/ _____

Printed Name:__DeVon Chew_____
Offender I.D. #__227399_____
Danville Correctional Center
3820 E. Main Street
Danville, IL 61834

1

Here Comes The Exhibits to this CASE.

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 2-14-19 | Offender: (Please Print) DeVon Chew | ID#: R27399 |

Present Facility: Western Illinois C.C. | Facility where grievance issue occurred: Stateville; NRC

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [x] Other (specify): 8th Amendment Violation

- [x] Disciplinary Report: __1__ / __5__ / __19__  Stateville-NRC
  Date of Report    Facility where issued

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
   administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
   Administrative Officer.

Brief Summary of Grievance: On the date of January, 5, 2019, and approx. time of 8:30am
This I/M was pulled out the cell (NRC-RT-01-D4-L1) by a A.Vergara of "Internal
Affairs." This I/M was then taken to the I.A Investigations office. Once there, I/o
Vergara began to ask this I/M random questions, ("that this I/M" later "Find out
had nothing to do with the Reason this I/M was at I.A in the first place) with
out informing this I/M why this I/M was there. Irrelevant questions such as;
"Why are you locked up" "Did you do the crime" and, "Where did you get the gun to
rob" (Setting the tone that either," This I/M did something wrong." And/or "that this
I/M was wrong for being the Reason for the interview") There was no one else
in the interview room other then I/o Vergara and this I/M. This I/M then demanded →

Relief Requested: To never be place in NRC again. To have both D.R's writen on that
date ~~Experece.~~ EXPunge. To have both I/o's (M.Roling 1995 and A.Vergara) suspended
without pay while there is a investigation. That there be an Immedidte investigation in the officer's
conduct

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| _DeVon Chew_ (signature) | R27399 | 2, 4, 19 |
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: ___/___/___    [ ] Send directly to Grievance Officer    [ ] Outside jurisdiction of this facility. Send to
                                                                         Administrative Review Board, P.O. Box 19277,
                                                                         Springfield, IL 62794-9277

Response: _____

_____

_____

_____

| Print Counselor's Name | Counselor's Signature | Date of Response |

---

**EMERGENCY REVIEW**

Date Received: ___/___/___    Is this determined to be of an emergency nature?    [ ] Yes; expedite emergency grievance
                                                                                  [ ] No; an emergency is not substantiated.
                                                                                  Offender should submit this grievance
                                                                                  in the normal manner.

GRIEVANCE OFFICE

| Chief Administrative Officer's Signature | Date |

Distribution: Master File; Offender          Page 1          DOC 0046 (Rev. 3/2005)
Printed on Recycled Paper

---

*Handwritten right margin:*

Ex: A

Where I ask the A.R.B not to send me back to N.R.C for being fearful.

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 5-27-19 | Offender: (Please Print) DeVon Chew | ID#: P27399 |
|---|---|---|

| Present Facility: Western ILL | Facility where grievance issue occurred: Stateville, NRC |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [x] Other (specify) Violent Assault)
- [ ] ADA Disability Accommodation
- [ ] HIPAA (8th And 14th Amendment EXCESSIVE Force And)

- [ ] Disciplinary Report: ____/____/____ Date of Report    Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

This Grievance is about the conduct that was Unbecoming of a Dedicated Officer. In the Excessive force and/or Violent Assault to this Im, That still Now has this Im in Segregation) And, in doing so, either acted directly in the Excessive Force Violent Assault and/or the ploy to cover the Excessive Force Violent Assault incident by placing this Im in Segregation and, also lying documents (Disciplinary Reports and or incident Reports) And, in doing so, all thats involve Maliciously and Sadistically Violated this Im Constitutional Rights under the 8th and 14th Amendments. This Grievance Reworded in the truth to the best of the ability of this Im, And is also supported by this Im own Incident Report And the Record of the Camera which both is documented.

Relief Requested: ① To have all D.R's written on the date of the incident removed ② To be let out of I.Seg immediately ③ Not to be placed in Stateville NRC For Fear of this Im safety. ④ For there to be A External Investigation ⑤ For those involve to be Fired after the findings of wrongdoings.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

DeVon Chew (Offender's Signature)  P27399  5, 27, 19

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

| Date Received: ____/____/____ | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: _____

Print Counselor's Name    Counselor's Signature    Date of Response

RECEIVED MAY 31 2019 ADMINISTRATIVE

**EMERGENCY REVIEW**

| Date Received: ____/____/____ | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

Chief Administrative Officer's Signature    Date

Distribution: Master File; Offender    Page 1    Chew v. Boler 000041    DOC 0046 (8/2012)

(handwritten right margin) Exhibit B — This sh... I had as... them NOT to place me back in NRC ←

From Discovery

Exhibit T

Chew v. Boler 000005

Ex: C

This show when they got my letter

DeVon Chew 2018116077
P.o. Box 089002
Cook County
Chicago, IL 60608

Barn Swallow

Administrative Review Board
P.o. Box 19277
Springfield, IL 62794-9277

62794-927777

Chew v. Boler 000001

R27399  CHEW, DEVON

IGRV Inmate History

| Igrv Code | Hearing/Rec Date | Igrv Loc | Hearing Loc | Chair Code | Mail Code | Comments Field |
|---|---|---|---|---|---|---|
| INACTIVE | 02/04/2020 | LAW | LAW | UNK | G | DISCHARGED - 10/24/19 FILE IN "N" FILE RM |
| CONDITIONS | 12/02/2019 | NRC | ROB | DEKN | G | SENT TO FILE; DISCHARGED 10/24/19 GRV DTD 11/14/19 GRVS WHILE ON COURT W |
| CONDITIONS | 07/29/2019 | WIL | LAW | DEKN | G | RGF;PTF;GRV DTD 7/14/19. GRVS POOR CELL CONDITIONS - TOILET OVERFLOWIN( |
| DR | 06/28/2019 | NRC | LAW | DEKN | G | GRV DTD 5/27/19, DR# 201901003/1-STA ON 4/26/19; ALSO GRVS STAFF CONDUCT O |
| DR | 03/28/2019 | NRC | WIL | DEKN | G | GRV DTD 2/14/19, GRVS DR 201900043/1-STA & 201900044/1-STA ON 1/5/19. GRV DEI |

Exhibit 8
Whale the only ?
Filed the proper
work as grievances
but not sent back
+ response

| | |
|---|---|
| Inmate Id: | R27399 |
| Name: | CHEW, DEVON |
| Chair Code: | DEKN |
| Grv Type: | L |
| Grv Code: | CONDITIONS |
| Receive Date: | 11/25/2019 |
| Hearing Date: | 12/02/2019 |
| Mailing Date: | 00/00/0000 |
| Grv Loc: | STATEVILLE NORTHERN I |
| Hearing Loc: | ROBINSON CC |

| | |
|---|---|
| Ret Form Ind: | No |
| Modify Ind: | |
| Deny Ind: | |
| Favorable Ind: | |
| Deferred Ind: | |
| Moot Ind: | |
| Grievance Number: | |
| Incident Number: | |
| Incident Date: | 00/00/0000 |
| Incident Inst: | |
| Date Receipted: | 00/00/0000 |

*Exhibit: E*
*paper work sent*
*only to the file*
*but not me.*

**Comments:** SENT TO FILE; DISCHARGED 10/24/19 GRV DTD 11/14/19 GRVS WHILE ON COURT WRIT ON 9/18/19 I/M CLAIMS TO BE PLACED IN CELL WITH NON DRINKABLE WATER, RUST AND MOLD IN SINK.

Chew v. Boler 000002

Supplemental Brief / Summary                    Ex: A

To Whom May Concern,

I, Devon Chew #R27399 (2018 1116097) Am Now A Resident in the Cook County. I wrote and sent the office of Administra Review Board A Grievance on unjustly matter(s), (Grv. dated: 11-14-19) the were a few issues in the Grv. The Grv. was very important to me, And to the importance of the safety — moving forward — of the Institution.

The problem is: I have yet to receive anything letting me Know the A.R.B did receive My Grv., such as a receipt. There has been no type of Notice sent to me. I am expecting this type of Notice and or acknowledgment / receipt, because the last time I sent the A.R.B office a Grievance the A.R.B sent me a form of a receipt, letting me Know that they had - in fact - receive my Grv.

To Whom receive this inquire, please be advised that I would really like to be sent some form of a notice that the A.R.B have receive the Grv. that I sent approx 2 months ago

Thank You So Much, For Your Time

Devon Chew
1-20-20

Supplemental Brief/Summary        Ex: B

To Whom May Concern,

   I, Devon Chew #R27399 (C.C#20181116097) Am Now
A Inmate in the Cook County Jail, sent here by way of I.D.O.C (State
ville, N.R.C) last year on 10-24-19. Once I was settle in the County.
I sent the Administrative Review Board A Grievance About a few
issues I had at Stateville, N.R.C My last two stays there. (Grv. date
11-14-19) I sent the Grv. from Cook County.

   However, the problem is that - As of today - I have Not receiv.
Anything from the office of A.R.B. This is My third letter Inquiring
to the A.R.B office About sending Me some form of Notice that the
office has Receive My Grv, Or - At very least - that the office has No
Receive Nothing. This is very unprofessional of the A.R.B

   I Now feel As though the A.R.B is conspiring Against Me, in A
Attempt to - Now - stop My progress in Moving forward, in A Obvious law
suit. (Stopping Me from proving I have Exhausted Administrative Remedi-
So I Am Now giving Notice to Whomever receiving this letter that I
Truly Believe the A.R.B is Now in violation of My Due Process Right.
(Had I 750, I will proceed in Further suit) in Not sending Me some form
Of Notice that the A.R.B have indeed receive My Grv 6 months Ago
(Approx) So I Am Now demanding the office of the Administrative
Review Board send Me some form of Response to this letter.

I've Also inclose A S.A.S.E inside
the Manila Envelope - to further
Aide in Receiving A Response
from the A.R.B

     Thank You So Very Much For
     Your Time

       Devon Chew
       5-20-2020